DISMISS; Opinion Filed October 4, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01129-CV

## IN RE: DAVID K. FAGIN INSURANCE TRUST

On Appeal from the Probate Court No. 3
Dallas County, Texas
Trial Court Cause No. PR-05-526-3

# MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers
Opinion By Justice Lang-Miers

Appellants have informed the Court they no longer desire to pursue their appeal and move to dismiss it. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

ELIZABETH LANG-MIERS
JUSTICE

121129F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN RE: DAVID K. FAGIN INSURANCE
TRUST

No. 05-12-01129-CV     V.

Appeal from the Probate Court No. 3 of
Dallas County, Texas. (Tr.Ct.No. PR-05-526-3).

Opinion delivered by Justice Lang-Miers,
Justices O'Neill and FitzGerald participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. Subject to any agreement between the parties, we **ORDER** that appellee David K. Fagin recover his costs of this appeal from appellants Kyle Fagin and Scott Fagin.

Judgment entered October 4, 2012.


ELIZABETH LANG-MIERS
JUSTICE